UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

YVONNE COE,

    Plaintiff,

-vs-                                CASE NO.: 8:17-cv-01655-RAL-CPT

EOS CCA a/k/a COLLECTO, INC.,
d/b/a COLLECTION COMPANY OF
AMERICA,

    Defendant.

_____/

**NOTICE OF PENDING SETTLEMENT**

    Plaintiff, YVONNE COE, by and through her undersigned counsel, hereby submits this Notice of Pending Settlement and states that Plaintiff and Defendant CAPITAL MANAGEMENT SERVICES, INC., have reached a settlement with regard to this case and are presently drafting, finalizing and executing the settlement and dismissal documents. Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

**CERTIFICATE OF SERIVCE**

    I HEREBY CERTIFY that on this 19th day of March, 2019, I caused a copy of the foregoing to be electronically filed with the Clerk of the District Court using the CM/ECF system, which will provide electronic notice of filing to all counsel of record.

                                            */s/ David P. Mitchell*
                                            David P. Mitchell, Esquire
                                            MANEY & GORDON, P.A.
                                            101 E. Kennedy Blvd., Suite 1700
                                            Tampa, Florida 33602
                                            Telephone: (813) 221-1366
                                            Fax: (813) 223-5920
                                            Attorneys for Plaintiff
                                            David@MitchellConsumerLaw.com