**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**YVONNE COE,**

      **Plaintiff,**

**v.**                                     **Case No: 8:17-cv-1655-MSS-CPT**

**EOS CCA,**

      **Defendant.**

_____

## ORDER OF DISMISSAL WITHOUT PREJUDICE

On March 19, 2019, Plaintiff filed a Notice of Pending Settlement, informing the Court that the Parties "have reached a settlement with regard to this case and are presently drafting, finalizing and executing the settlement and dismissal documents." (Dkt. 32)  Therefore, it is hereby

**ORDERED** that pursuant to Rule 3.08 (b) of the Local Rules of the United States District Court for the Middle District of Florida, this case is **DISMISSED WITHOUT PREJUDICE**, subject to the right of the Parties, within sixty (60) calendar days from the date of this Order, to submit a final stipulation of dismissal, should they so choose, or for any party to reopen the case, **upon good cause shown**.  After the sixty (60)-day period, the dismissal shall be with prejudice.  Any pending motions are **DENIED** as moot.  The Clerk is directed to **CLOSE** this case.

**DONE** and **ORDERED** in Tampa, Florida, this 20th day of March, 2019.

_____
MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record
Any pro se party